# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 10, 2006

Clifford W. Taylor,
Chief Justice

129923

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
  Plaintiff-Appellant,

v

SC: 129923
COA: 254298
Ottawa CC: 02-026593-FH

NICHOLAS JAMES BUEHLER,
  Defendant-Appellee.

_____/

On order of the Court, the application for leave to appeal the October 27, 2005 judgment of the Court of Appeals is considered and, pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we VACATE the judgment of the Court of Appeals and REMAND this case to that court to consider: (1) whether the circuit court provided substantial and compelling reasons for imposing a sentence that the circuit court acknowledged was a departure from the guidelines, see *People v Babcock*, 469 Mich 247, 257-258 (2003), and (2) whether any term of imprisonment that may be imposed by the circuit court is controlled by the legislative sentencing guidelines or by the indeterminate sentence prescribed by MCL 750.335a.

We do not retain jurisdiction.

CAVANAGH, J., would deny leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 10, 2006

_____
Clerk

s0307